# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CORY GILMORE,**

        Petitioner,

        v.                       Case No. 01-C-115

**DANIEL BERTRAND,**

        Respondent.

# ORDER

For the reasons set forth in this court's prior order, (Docket No. 41), the petitioner's motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e), (Docket No. 44), is **denied**.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this <u>7th</u> day of July, 2008.

                                            <u>s/AARON E. GOODSTEIN</u>
                                            U.S. Magistrate Judge