# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CORY GILMORE,

Petitioner,

v.                                          Case No. 01-C-115

DANIEL BERTRAND,

Respondent.

---

## ORDER

---

Having reviewed the petitioner's request for a certificate of appealability, (Docket No 45), the court finds that the petitioner has failed to make a substantial showing of the denial of a constitutional right. Therefore, the petitioner's request for a certificate of appealability, (Docket No. 45), is **denied**.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 7th day of July, 2008.

s/AARON E. GOODSTEIN
U.S. Magistrate Judge
